UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH PEARSON,                          CASE NO. 12-10925

               Plaintiff,                SENIOR UNITED STATES DISTRICT JUDGE
                                         ARTHUR J. TARNOW

v.
                                         MAGISTRATE JUDGE MICHAEL HLUCHANIUK

LISA REEVES, ET AL.,

               Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [24], FINDING MOOT DEFENDANT WHITFIELD'S MOTION FOR SUMMARY JUDGMENT [17], AND DISMISSING CASE WITH PREJUDICE

Before the Court is Magistrate Judge Hluchaniuk's Report and Recommendation [24], filed on December 12, 2013. The Report and Recommendation [24] recommends that the Court dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and find moot Defendant Whitfield's Motion for Summary Judgment [17].

No objection to the Report and Recommendation [24] was filed. The Court has reviewed the record in this case.

The Report and Recommendation [24] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant Whitfield's Motion for Summary Judgment [17] is now **MOOT**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

Dated: March 6, 2014

_____

### CERTIFICATE OF SERVICE

I hereby certify on March 6, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on March 6, 2014: **Joseph Pearson.**

s/Michael E. Lang
Case Manager to
District Judge Arthur J. Tarnow
(313) 234-5182

2